UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PHILLIP MCANELLY,

        Plaintiff,

        v.

PNC MORTGAGE, a division of PNC BANK, N.A., NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK, BANK OF AMERICA AND CAL-WESTERN RECONVEYANCE CORPORATION and DOES 1-100, inclusive,

        Defendants.

NO. CIV. 2:10-2754 WBS GGH

ORDER OF RECUSAL

----oo0oo----

Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in Amstadter v. Bank of America, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

to compensate for such reassignment.  All dates pending before the undersigned are hereby vacated.

DATED:  October 14, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE