UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHILLIP McANELLY,                           No. 2:10-cv-02754-MCE-GGH

      Plaintiff,

  v.                                          ORDER

PNC MORTGAGE, a division of
PNC BANK, N.A., NATIONAL CITY
MORTGAGE, a division of
NATIONAL CITY BANK, BANK OF
AMERICA, CAL-WESTERN
RECONVEYANCE CORPORATION, and
DOES 1-100, inclusive,

      Defendants.

----oo0oo----

On March 19, 2012, counsel for Plaintiff Phillip McAnelly filed a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), as to Defendant Bank of America, N.A.

///

1

1     Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a
2 party[1] either where the party has not appeared, or pursuant to
3 stipulation signed by all parties who have appeared.
4 That subsection is unavailable to Plaintiff here because
5 Defendant Bank of America has appeared, and because no
6 stipulation for dismissal has been presented.  While Rule
7 41(a)(2) permits the court to issue an order upon such terms it
8 deems proper, reliance on that subsection for dismissing a party
9 requires the filing of a motion.
10     Consequently, because Plaintiff's request as currently
11 framed fails to fit under any of the provisions of Rule 41(a),
12 Plaintiff's request for voluntary dismissal is improper at this
13 juncture and must be rejected, without prejudice to being
14 resubmitted in proper form.

 Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] While the text of Rule 41(a) refers to dismissal of an "action", the Rule still applies here because dismissal of one of several co-defendants terminates the "action" as to the one sought to be dismissed although even though the case may continue against other defendants.  See Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).

2