1
2

Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
660 Auburn Folsom Road, Suite 203
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 820-1526
Direct Line: (530) 269-8151
*hollyburgess@lohsb.com*

Attorney for Plaintiff
PHILIP McANELLY

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP McANELLY,<br><br>                Plaintiff,<br>  vs.<br><br>PNC MORTGAGE, a division of PNC BANK, N.A.; PNC BANK, N.A.; NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK; NATIONAL CITY BANK, N.A.; BANK OF AMERICA; CAL-WESTERN RECONVEYANCE CORPORATION; LSI TITLE COMPANY; and DOES 1-100, inclusive,<br><br>                Defendants. | **CASE NO:  2:10-cv-02754-MCE-GGH**<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AS TO DEFENDANTS CAL-WESTERN RECONVEYANCE CORPORATION AND LSI TITLE COMPANY ONLY** |

The Court, having reviewed the STIPULATION OF DISMISSAL filed by Plaintiff PHILIP McANELLY and Defendants Cal-Western Reconveyance Corporation and LSI Title Company, hereby orders as follows:

///

///

///

///

- 1 -

**ORDER RE VOLUNTARY DISMISSAL**

1     **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2  without prejudice as to Defendants CAL-WESTERN RECONVEYANCE CORPORATION AND
3  LSI TITLE Company, only.

5  Dated:  August 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

**ORDER RE VOLUNTARY DISMISSAL**