| | |
|---|---|
| 1 | **2** |
| 2 | Holly S. Burgess (SBN 104757)<br>LAW OFFICES OF HOLLY S. BURGESS |
| 3 | 660 Auburn Folsom Road, Suite 203<br>Auburn, CA  95661 |
| 4 | Telephone:  (530) 889-8900<br>Facsimile:   (530) 820-1526 |
| 5 | Direct Line: (530) 269-8151<br>*hollyburgess@lohsb.com* |
| 6 | |
| 7 | Attorney for Plaintiff<br>PHILIP McANELLY |

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILIP McANELLY, | ) | **CASE NO:  2:10-cv-02754-MCE-GGH** |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING COMPLAINT** |
| vs. | ) | **WITHOUT PREJUDICE AS TO** |
| | ) | **DEFENDANTS CAL-WESTERN** |
| PNC MORTGAGE, a division of PNC BANK, N.A.; PNC BANK, N.A.; NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK; NATIONAL CITY BANK, N.A.; BANK OF AMERICA; CAL-WESTERN RECONVEYANCE CORPORATION; LSI TITLE COMPANY; and DOES 1-100, inclusive, | ) ) ) ) ) ) ) ) ) | **RECONVEYANCE CORPORATION AND LSI TITLE COMPANY ONLY** |
| Defendants. | ) ) ) | |

The Court, having reviewed the STIPULATION OF DISMISSAL filed by Plaintiff PHILIP McANELLY and Defendants Cal-Western Reconveyance Corporation and LSI Title Company, hereby orders as follows:

///

///

///

///

- 1 -

**ORDER RE VOLUNTARY DISMISSAL**

1   **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2   without prejudice as to Defendants CAL-WESTERN RECONVEYANCE CORPORATION AND
3   LSI TITLE Company, only.
4
5   Dated:  August 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER RE VOLUNTARY DISMISSAL**