Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
660 Auburn Folsom Road, Suite 203
Auburn, CA  95661
Telephone:  (530) 889-8900
Facsimile:   (530) 820-1526
Direct Line: (530) 269-8151
*hollyburgess@lohsb.com*

Attorney for Plaintiff
PHILIP McANELLY

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP McANELLY,<br><br>                    Plaintiff,<br>     vs.<br><br>PNC MORTGAGE, a division of PNC BANK, N.A.; PNC BANK, N.A.; NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK; NATIONAL CITY BANK, N.A.; BANK OF AMERICA; CAL-WESTERN RECONVEYANCE CORPORATION; LSI TITLE COMPANY; and DOES 1-100, inclusive,<br><br>                    Defendants. | **CASE NO:  2:10-cv-02754-MCE-GGH**<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA ONLY** |

The Court, having reviewed the Stipulation of Dismissal filed by Plaintiff PHILIP McANELLY and BANK OF AMERICA, THE COURT  hereby orders as follows:

///

///

///

///

- 1-

**ORDER RE VOLUNTARY DISMISSAL**

1   **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2   with prejudice as to Defendant BANK OF AMERICA, only.

4   Dated:  August 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER RE VOLUNTARY DISMISSAL**