Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
660 Auburn Folsom Road, Suite 203
Auburn, CA 95661
Telephone: (530) 889-8900
Facsimile: (530) 820-1526
Direct Line: (530) 269-8151
*hollyburgess@lohsb.com*

Attorney for Plaintiff
PHILIP McANELLY

# THE UNITED STATES DISTRICT COURT

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP McANELLY, | ) CASE NO: 2:10-cv-02754-MCE-GGH |
| Plaintiff, | ) **ORDER DISMISSING COMPLAINT** |
| vs. | ) **WITH PREJUDICE AS TO** |
| | ) **DEFENDANT BANK OF AMERICA** |
| PNC MORTGAGE, a division of PNC BANK, N.A.; PNC BANK, N.A.; NATIONAL CITY MORTGAGE, a division of NATIONAL CITY BANK; NATIONAL CITY BANK, N.A.; BANK OF AMERICA; CAL-WESTERN RECONVEYANCE CORPORATION; LSI TITLE COMPANY; and DOES 1-100, inclusive, | ) **ONLY** |
| Defendants. | ) |

The Court, having reviewed the Stipulation of Dismissal filed by Plaintiff PHILIP McANELLY and BANK OF AMERICA, THE COURT hereby orders as follows:

///

///

///

///

- 1 -

**ORDER RE VOLUNTARY DISMISSAL**

1    **IT IS HEREBY ORDERED** that the complaint in the above-captioned matter is dismissed
2    with prejudice as to Defendant BANK OF AMERICA, only.

4    Dated: August 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER RE VOLUNTARY DISMISSAL**